IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT, WEST VIRGINIA AT CLARKSBURG

AGNES COLLINS,

        PLAINTIFF,

v.                                          Civil Action No.: 1:07-cv-00086-IMK

MEADOWBROOK MALL COMPANY,
AN OHIO LIMITED PARTNERSHIP
DBA MEADOWBROOK MALL COMPANY
LIMITED PARTNERSHIP, THE CAFARO
COMPANY, AN OHIO CORPORATION AND
KNK, INC. / KIDDIE KONCEPTS, INC.

        DEFENDANTS.

## STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST THE CAFARO COMPANY

Plaintiff, Agnes Collins, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulates to the Court that based upon representation of The Cafero Company in this civil action that it does not own, operate, or control the Meadowbrook Mall. Plaintiff, Agnes Collins, agrees that all causes alleged against The Cafero Company can and should be dismissed with prejudice.

Upon consideration of which, it is hereby **ORDERED** that The Cafero Company shall be hereby is dismissed **WITH PREJUDICE.** The Court does further **ORDER** that the above-styled action be stricken from the docket. Each party shall bear their own costs and attorneys' fees associated with proceedings on such claims.

The Clerk is hereby directed to forward certified copies of this Order to counsel of record.

Entered this 11th day of ~~August,~~ September 2007.

*June M. Keeley*
**IRENE M. KEELEY, CHIEF JUDGE**

Prepared by:

_____
**KATHERINE L. DOOLEY (WV Bar ID#5651)**
The Dooley Law Firm, P.L.L.C.
1660 Third Avenue
Post Office Box 1270
Charleston, West Virginia 25339-1270
(304) 346-4200